People of State of Illinois ex rel. Israel, Appellant, v. Goldblatt Brothers, Inc., Appellee.

Gen. No. 45,404.

Arthur L. Israel, *pro se*, for appellant; Bernard Brown, and William A. Goldman, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed December 18, 1951; released for publication January 22, 1952.